Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO COMIA, | ) |
| | ) CASE NO.: 8:20-cv-01830-ADS |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AWARDING EAJA |
| | ) FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) and costs in the amount of FOUR HUNDRED DOLLARS TWO DOLLARS AND 00/100 ($400.00) subject to the terms of the stipulation.

DATED:   12/7/2021              /s/ Autumn D. Spaeth
                                HON. AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE